IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-1398-DDD-KLM

**CRAIG CRANSTON and MARJORIE CRANSTON,**

    Plaintiffs,

v.

**STATE FARM FIRE AND CASUALTY COMPANY**,

    Defendant.

---

**JOINT MOTION TO RESET HEARING ON MOTIONS TO COMPEL AND TO AMEND CASE SCHEDULING ORDER**

---

The parties, by and through their attorneys, submit the following Joint Motion to Reset Hearing on Motions to Compel, scheduled for November 15, 2023, per this Court's Order (Dkt #77). The parties also jointly move to amend the case scheduling order and to extend the dispositive motion deadline per this Court's Order (Dkt #63):

The parties have conferred and jointly submit this Motion. The parties have cooperated in setting a settling conference and the date confirmed even prior to receipt of this Order was November 15, 2023. The parties anticipate that the chances of settlement are fair and thus the parties request that the Motions hearing be continued until either a date available with the Court in early December, or that the Court allow the parties to file a Joint Status Report following the Mediation, with a Request for Hearing dates at that time.

The parties also request that this Court extend the dispositive motion deadline currently set for November 3, 2023, in anticipation of mediation and to avoid potential unnecessary costs and

{07789008 / 1}

expenses associated with preparing the dispositive motions. The parties jointly request that the dispositive motion deadline be extended until Friday, December 8, 2023.

WHEREFORE the parties respectfully request that this Court reset the hearing regarding Motions to Compel for a new date, and extend the dispositive motion deadline.

DATED this October 31, 2023.

/s/Heather A. Salg
Heather A. Salg, Esq.
Messner Reeves LLP
6465 Greenwood Plaza Blvd | Suite 650
Greenwood Village, CO 80111
Phone: 303-623-1800
Fax:    303-623-0552
hsalg@messner.com
*Attorneys for Defendant*

/s/Nicholas D. Conklin
Beaujeaux de Lapouyade
Larry E. Bache , Jr
Jonathan Edward Bukowski
Nicholas D. Conklin
William F. Merlin , Jr.
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: 813-229-1000
Facsimile: 813-229-3692
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, a true and correct copy of the above **JOINT MOTION TO RESET HEARING ON MOTIONS TO COMPEL** was served via CM/ECF U.S. Courts e-filing on all counsel of record.

*/s/Saige Smith*
Saige Smith