**IN THE UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-01398-DDD-SBP

CRAIG CRANSTON and MARJORIE CRANSTON,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## JOINT NOTICE OF SETTLEMENT

Craig and Marjorie Cranston (hereinafter "Plaintiffs"), and State Farm Fire and Casualty Company (hereinafter "State Farm") (collectively the "Parties"), by and through their undersigned counsel of record, hereby file this Joint Notice of Settlement and advise the Court that the Parties to the above-captioned matter reached a settlement agreement. The Parties will file the appropriate stipulation for dismissal on or before December 15, 2023

| | |
|---|---|
| Dated: November 13, 2023 | Respectfully submitted, |
| *s/Jonathan E. Bukowski* | *s/ Kayla L. Scroggins Uptigrove* |
| Jonathan E. Bukowski | Kayla L. Scroggins Uptigrove |
| Merlin Law Group, PA | Spencer Fane LLP |
| 1001 17th Street, Ste. 1150 | 1700 Lincoln Street, Suite 2000 |
| Denver, Colorado 80202 | Denver, CO 80203 |
| Telephone:  720.665.9680 | Telephone: 303.839.3800 |
| E-Mail: jbukowski@merlinlawgroup.com | E-Mail: kscroggins@spencerfane.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| *Craig and Marjorie Cranston* | *State Farm Fire and Casualty Company* |