**IN THE UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:22-cv-01398-DDD-SBP

CRAIG CRANSTON and MARJORIE CRANSTON,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Craig Cranston and Marjorie Cranston, by and through their undersigned counsel, and State Farm Fire and Casualty Company (collectively the "Parties"), by and through their undersigned attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. The Parties stipulate and agree that all claims and causes of actions in this matter should be dismissed with prejudice, each party to bear their own fees and costs.

Dated: December 4, 2023

Respectfully submitted,

*s/Jonathan E. Bukowski*
Larry E. Bache, Jr.
Jonathan E. Bukowski
Nicholas D. Conklin
1001 17th Street, Ste. 1150
Denver, Colorado 80202
Telephone:  720.665.9680
E-Mail: lbache@merlinlawgroup.com
E-Mail: jbukowski@merlinlawgroup.com
E-Mail: nconklin@merlinlawgroup.com
*Attorneys for Plaintiffs*

*s/ Heather A. Salg*
Heather A. Salg, Esq.
Jean Peterson, Esq.
Messner Reeves LLP
6465 Greenwood Plaza Blvd., #650
Greenwood Village, CO  80111
Email: hsalg@messner.com
Email: jpeterson@messner.com
*Attorneys for Defendant*